ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Case No. |
| ASHLEIGH LYN ALLEN | (01) | |
| JEFFREY BLAKE ELLIS | | U.S. DISTRICT COURT |
| a/k/a "Jealous" | (02) | NORTHERN DISTRICT OF TEXAS |
| NIKIE NICOLE FRYE | (03) | FILED |
| MICHAEL SEAN GOSS | | |
| a/k/a "Killer" | (04) | MAY 1 8 2016 |
| TIMOTHY ERIC NIMERFROH | | |
| a/k/a "Kaos" | (05) | CLERK, U.S. DISTRICT COURT |
| SARAH SUEANNE RAGSDALE | (06) | By _____ Deputy |
| JERI ANN WEILER | (07) | |
| LONNIE LEE ROTENBERRY | (08) | |
| a/k/a "Throwed Off" | | |

4 - 16CR 121 A

## INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around January 2015, and beyond, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Timothy Eric Nimerfroh**, also known as Kaos, along with others known and unknown, including the individuals identified as defendants in Count Two but

Information - Page 1

not named as defendants in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

Count Two

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2015, and continuing until in or around April 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Ashleigh Lyn Allen, Jeffrey Blake Ellis**, also known as Jealous, **Nikie Nicole Frye, Michael Sean Goss**, also known as Killer, **Sarah Sueanne Ragsdale, Lonnie Lee Rotenberry**, also known as Throwed Off, and **Jeri Ann Weiler**, along with others known and unknown, including the individuals identified as defendants in Count One but not named as defendants in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

JOHN R. PARKER
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455