AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Texas__

UNITED STATES OF AMERICA

V.

TIMOTHY ERIC NIMERFROH

**EXHIBIT AND WITNESS LIST**

Case Number: 4:16-CR-121-A(05)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John McBryde | Shawn Smith - AUSA | Anthony H. Green |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 06/02/2016 Rearraignment Hearing | Debbie Saenz | F. Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 05 | 6/2/2016 | yes | Yes | Govt Exh. 2 - Admitted |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages