

ORIGINAL

Case 4:16-cr-00121-A Document 131 Filed 06/02/16 Page 1 of 2 PageID 176

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 2 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-CR-121-A |
| TIMOTHY ERIC NIMERFROH (5)<br>a/k/a Kaos | |

## FACTUAL RESUME

**INFORMATION:** Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

**PENALTY:** $5,000,000 fine - not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

**MAXIMUM PENALTY:**
$5,000,000 fine and not less than five (5) years nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

**ELEMENTS OF THE OFFENSE:**
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Information are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Fourth: That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

In 2014 and 2015, Timothy Eric Nimerfroh received ounce quantities of methamphetamine from ~~Gavin Seguin~~, Holly Frantzen, and Travis Cathey, often on consignment. In turn, Timothy Eric Nimerfroh distributed methamphetamine to various customers in the Fort Worth and Arlington, Texas areas, returning to ~~Gavin Seguin~~, Holly Frantzen, and Travis Cathey for additional methamphetamine. In this manner, Timothy Eric Nimerfroh, ~~Gavin Seguin~~, Holly Frantzen, and Travis Cathey conspired with each other and others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 16th day of May, 2016.

_____  _____
TIMOTHY ERIC NIMERFROH            ANTHONY GREEN
Defendant                         Counsel for Defendant