READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| NDTX | 4:16-cr-121 |

Short Case Title: United States of America v. Timothy Eric Nimerfroh
Court Reporter: Debbie Saenz
Date Notice of Appeal Filed by Clerk of District Court: 10/26/2016
Court of Appeals #: 5 (If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- [ ] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [✓] This is to order a transcript of the following proceedings: (check appropriate box)

Voir dire [ ] ; Opening statement of plaintiff [ ] ; defendant [ ] ;
Closing argument of plaintiff [ ] ; defendant [ ] ; Opinion of court [ ] ;
Jury instructions [ ] ; Sentencing [✓] ; Bail hearing [ ] ;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 10/21/2016 | Sentencing | McBryde |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 2 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANCEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds;
- [✓] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;
- [✓] Advance Payment waived by reporter;
- [ ] U.S. Government Funds;
- [ ] Other

Signature: /s/ Anthony Green
Print Name: Anthony Green
Address: 12959 Juptier Rd., Suite 250 Dallas, TX 75238
Date Transcript Ordered: 10/26/2016
Counsel for: Defendant
Phone Number: (214) 341-9026

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received [ ] Unable to contact ordering party [ ] Other (Specify) _____

Date _____ Signature of Court Reporter _____ Telephone _____
Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.
Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Court Reporter _____

DKT-13 (5/96) modified 07/07 NDTX



# ANTHONY GREEN

ATTORNEY AT LAW
attorney@anthonygreenlaw.com
12959 Jupiter Rd., Suite 250
Dallas, TX 75238
(214) 341-9026 Office
(214) 572-2968 Fax



**Via 1st Class U.S. Mail**

October 22, 2016

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
501 10TH ST.
FORT WORTH, TX 76102

    RE:    Case No. 4:16-cr-121-a (05); *United States of America v. Timothy Eric Nimerfroh, aka "Kaos"*; United States District Court; Northern District of Texas-Fort Worth Division.

Dear Clerk:

Please find enclosed:

    (1) Original and 1 copy of Transcript Order Form.

This document is being filed in paper form pursuant to the Court's Order.

Please file the original and keep one copy of the Court's Chamber's Copy. Please return the file-marked copy to this office in the envelope provided.

Respectfully submitted,

_____
Anthony Green
Texas Bar No. 24043702
12959 Jupiter Rd., Suite 250
Dallas, TX 75238
(214) 341-9026 Tel.
(214) 572-2968 Fax
attorneyanthonygreenlaw,com

Certificate of Service:

On **10-29-2016**, a copy of this Letter indicating the filing of the Notice of Appeal was delivered to the AUSA Shawn Smith of the U.S. Attorney's Office.

_____
Anthony Green