1                IN THE UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF TEXAS

3                      FORT WORTH DIVISION

4   UNITED STATES OF AMERICA,     ) CASE NO. 4:16-CR-121-A
                                   )
5            Government,           )
                                   ) FORT WORTH, TEXAS
6   VERSUS                         )
                                   ) OCTOBER 21, 2016
7   TIMOTHY ERIC NIMERFROH (05),   )
                                   )
8            Defendant.            ) 11:34 A.M.

9

10                         VOLUME 1 OF 1
                      TRANSCRIPT OF SENTENCING
11             BEFORE THE HONORABLE JOHN McBRYDE
                UNITED STATES DISTRICT COURT JUDGE
12

13  A P P E A R A N C E S:

14  FOR THE GOVERNMENT:    MR. SHAWN SMITH
                           UNITED STATES DEPARTMENT OF JUSTICE
15                         NORTHERN DISTRICT OF TEXAS
                           801 Cherry Street, Suite 1700
16                         Fort Worth, Texas  76102-6882
                           Telephone:  817.252.5200
17
    FOR THE DEFENDANT:     MR. ANTHONY H. GREEN
18                         Law Office of Anthony Green
                           12959 Jupiter Road, No. 250
19                         Dallas, Texas  75238
                           Telephone:  214.341.9026
20
    COURT REPORTER:        MS. DEBRA G. SAENZ, CSR, RMR, CRR
21                         501 W. 10th Street, Room 424
                           Fort Worth, Texas  76102
22                         Telephone:  817.850.6661
                           E-Mail: debbie.saenz@yahoo.com
23

24  Proceedings reported by mechanical stenography, transcript

25  produced by computer.

1                           **I N D E X**

2   **PROCEEDING**                                   **PAGE**

3   Objections to PSR by Mr. Green..................  04

4   Court's Findings................................  09

5   Government's Motion for Downward Departure......  10

6   TESTIMONY OF MIKE McCURDY

7       Direct Examination by Mr. Smith..............  11

8       Cross-Examination by Mr. Green...............  13

9   Court's Ruling..................................  14

10  Statements on Sentencing

11      By Ms. Melissa Riggs.........................  15

12      By Ms. Heather Schwab........................  16

13      By Mr. Green.................................  17

14      By the Defendant.............................  21

15  Sentence of the Court...........................  22

16  Reporter's Certificate..........................  31

17  Word Index......................................  32

18

19                 **GOVERNMENT'S EXHIBIT INDEX**

20  **NO.   DESCRIPTION**                               **ADMITTED**

21  1    List (SEALED)                                 12

22

23

24

25

**P R O C E E D I N G S**

October 21, 2016 – 11:34 a.m.

*COURT SECURITY OFFICER:*  All rise.

(Judge enters)

*COURT SECURITY OFFICER:*  Please be seated.

*THE COURT:*  Okay.  I'm calling for sentencing Number 4:16-CR-121-A.  This time it's United States of America versus Timothy Eric Nimerfroh.

And Mr. Smith is here for the government, and Mr. Green's here for the defendant.

Mr. Green, why don't you and your client come to the podium.

Mr. Nimerfroh, state your full name for the record.

*THE DEFENDANT:*  Timothy Eric Nimerfroh.

*THE COURT:*  Okay.  You appeared before me –– let me get the exact date –– on June 2, 2016, when you entered a plea of guilty to Count 1 of a two-count information the government filed May 18, 2016, and that count charged you with conspiracy to possess with intent to distribute a controlled substance, having reference to methamphetamine.  Of course, we're here today for sentencing based on the conviction resulting from that plea.

Mr. Green, did you and your client receive in a timely manner the Presentence Report and the addendum to it?

*MR. GREEN:*  We did, Your Honor.

1          THE COURT:  And did the -- actually, there were two

2    addendum.  Did you receive both of them in a timely manner?

3          MR. GREEN:  Yes, Your Honor.

4          THE COURT:  And did you and your client read all

5    those items and then discuss them with each other?

6          MR. GREEN:  Yes, Your Honor.

7          THE COURT:  There were some objections to the

8    Presentence Report.  You've seen the government's response to

9    those objections, and the probation officer's response, and my

10   order expressing my tentative conclusion that they are without

11   merit.

12         Do you still want to pursue any of those objections?

13         MR. GREEN:  Some of them, Your Honor, yes, sir.

14         THE COURT:  Okay.  Tell me which ones you want to

15   pursue by number.

16         MR. GREEN:  Thank you, Your Honor.

17         We're on Defendant's First Amended Objections to the

18   Presentence Report Investigation Report dated September 29.

19   We are --

20         THE COURT:  Let me find that.  Now, does that

21   replace the original objections?

22         MR. GREEN:  Yes, Your Honor, because I withdrew one

23   of the objections and supplanted it with these.

24         THE COURT:  Okay.  Tell me -- we'll refer then to

25   the amended objections the Court received on September 29.

```
1                  How about objection number 1?
2             MR. GREEN:  Objection number A, that he did not
3    maintain a residence for the purpose of storing or
4    distributing methamphetamine.
5             THE COURT:  You're still urging that?
6             MR. GREEN:  Yes, Your Honor.
7             THE COURT:  Okay.
8             MR. GREEN:  I'm going to waive number C, the amount
9    of methamphetamine attributed to defendant by Mandy Turner.
10            THE COURT:  Okay.
11            MR. GREEN:  Given that it doesn't affect his
12   guideline range and so many people have --
13            THE COURT:  Okay.  I'm just wanting to know which
14   ones you're urging now.
15            MR. GREEN:  Okay.  Number D, the leader/organizer
16   enhancement is not proper, we are urging.
17            THE COURT:  Okay.  How about C in the middle of page
18   3?
19            MR. GREEN:  No, Your Honor.  We're waiving the Mandy
20   Turner objection.
21            THE COURT:  Okay.  And you're urging D?
22            MR. GREEN:  A and D, Your Honor.
23            THE COURT:  Okay.  Let's go back and see what we're
24   talking about then.
25            MR. GREEN:  And B, Your Honor -- sorry, my pages
```

1   stuck together -- and B.

2          THE COURT:  Let's see.  The A part of the objections

3   is that defendant did not maintain a residence for the purpose

4   of storing or distributing methamphetamine, and that's an

5   objection to the paragraph 42.  I'm trying to find the

6   paragraph you're objecting to.

7          MR. GREEN:  42, Your Honor.

8          THE COURT:  Okay.  And apparently you're not

9   objecting to the facts that the probation officer relied on to

10  reach that conclusion, and you're simply objecting to the

11  conclusion.

12         MR. GREEN:  Yes, Your Honor.  Mr. Nimerfroh fully

13  admits that he was selling drugs at that hotel room, and he

14  bought drugs at other hotel rooms other people were selling

15  at.  He's just saying that him and Ms. Frye actually lived

16  there when he left his wife, moved in with her, and then got

17  into all this trouble in this case.  They were actually living

18  at the Fairfield Inn in Fort Worth.

19         THE COURT:  Do you have any evidence you want to

20  offer in support of any of your objections --

21         MR. GREEN:  No, Your Honor, just the facts --

22         THE COURT:  -- either of the objections you're now

23  urging?

24         MR. GREEN:  No, Your Honor.  The facts that are just

25  in the PSR.

1          THE COURT:  Okay.  Well, the fact that he uses that

2     same place as his residence is not a reason for the probation

3     officer not to give the two-level increase.  Hold on just a

4     minute.

5          I don't think -- from the information that the

6     probation officer has in the report, I don't think there's any

7     question but what the defendant was using those premises for

8     his drug-trafficking activities, and they were premises that

9     he had control over because he was renting them, so I'm going

10     to overrule that objection.

11          I think the probation officer correctly ascertained

12     that the facts recited in the Presentence Report supported the

13     two-level increase under 2D1.1(b)(12), and I find from a

14     preponderance of the evidence that that was a proper two-level

15     increase application.

16          Okay.  Your D part that you're objecting to --

17          MR. GREEN:  Paragraph 43, Your Honor.

18          THE COURT:  The leader/organizer?

19          MR. GREEN:  No, the next one is number B, Your

20     Honor.

21          THE COURT:  B?

22          MR. GREEN:  Yes, the importation enhancement.

23          THE COURT:  Oh, well, you told me a minute ago, I

24     thought that was waived.

25          MR. GREEN:  No, that was number C I waived.  Sorry,

1    Judge, I didn't mean to confuse you.

2             THE COURT:  Well, let me be sure I know what was

3    waived.  I now show that C is waived?

4             MR. GREEN:  Yes, Judge.

5             THE COURT:  Is D as in dog waived?

6             MR. GREEN:  No, D is not.

7             THE COURT:  So the ones that were waived -- only one

8    was waived and that's C?

9             MR. GREEN:  Yes, Your Honor.

10            THE REPORTER:  Did you say C?

11            THE COURT:  He said C is waived.

12            MR. GREEN:  Yes.

13            THE COURT:  Is that what you're asking?

14            THE REPORTER:  Yes.

15            THE COURT:  Well, I'm satisfied there's evidence --

16   sufficient evidence to support a finding that those drugs

17   were -- that the drugs that he was dealing with were drugs

18   that came up from Mexico.

19            I think it's common knowledge that when reference is

20   made in this part of the world to a cartel, they are talking

21   about the drug cartels in Mexico.  Even the defendant referred

22   to his -- the drugs coming from a cartel, and used terminology

23   that they would be using in Mexico.

24            I'm going to overrule that objection.  I think the

25   probation officer's correct, and I find from a preponderance

1   of the evidence that the drugs -- that he did deal in drugs

2   that were imported from Mexico.

3           Okay.  Then that takes us to the D part on page 3?

4           MR. GREEN:  Yes, Your Honor.

5           THE COURT:  And that's the objection to the

6   organizer/leader two-level increase.

7           Well, the Presentence Report has -- recites facts

8   that would indicate that Frye and Allen were assisting the

9   defendant in his drug-trafficking activities.  It would

10  appear to me that the probation officer -- and I find that

11  that is -- by a preponderance of the evidence, that that's so,

12  so it appears to me that the probation officer correctly

13  concluded that -- from the facts recited in the Presentence

14  Report, that he did qualify as -- for a two-level increase as

15  his role in the offense, so I'm going to overrule that

16  objection.

17          Okay.  There being no further objections to the

18  Presentence Report, the Court adopts as the fact findings of

19  the Court the facts set forth in the Presentence Report as

20  modified or supplemented by the addendum and any conclusions

21  I've expressed -- any findings I've expressed from the bench,

22  and the Court adopts as the conclusions of the Court the

23  conclusions expressed in the Presentence Report as modified or

24  supplemented by the addendum, or either of the addenda in each

25  case, and any conclusions I've expressed from the bench.

1            The Court concludes that the total offense level is

2    39; that the guideline imprisonment range would be 360 months

3    to life, if the defendant had been charged with his true

4    offense conduct, but because of the charging decision, the

5    U.S. Attorney has created a 480-month maximum sentence, the

6    statutory maximum, so that makes the guideline range become

7    360 to 480 months; and that the supervised release range is 4

8    to 5 years; and that a fine range of $25,000 to $5 million is

9    applicable; and a special assessment of $100 is -- would be

10   payable at the time of sentencing.

11           *(Bench Conference with Courtroom Deputy)*

12           *THE COURT:*  And the Criminal History Category is VI,

13   if I left that out.

14           Okay.  You can make whatever statement -- let's

15   see.

16           The government filed a Motion for Downward Departure

17   in this case?

18           *MR. SMITH:*  Yes, Your Honor.

19           *THE COURT:*  Okay.  Do you have any evidence you want

20   to offer on that?

21           *MR. SMITH:*  Yes, Your Honor.

22           *THE COURT:*  Okay.

23           *MR. SMITH:*  Government calls Agent McCurdy.

24           *THE COURT:*  Okay.  He has been sworn in this case

25   for sure now, so come on up and be seated.

1              **MIKE MCCURDY,**

2    having been first duly sworn, testified as follows:

3                   **DIRECT EXAMINATION**

4    **BY MR. SMITH:**

5    *Q.*      Will you please state your name.

6    *A.*      Mike McCurdy.

7    *Q.*      And your current occupation?

8    *A.*      I'm a Special Agent with Homeland Security

9    Investigations.

10   *Q.*      And are you familiar with the case against

11   Mr. Nimerfroh?

12   *A.*      Yes, sir, I am.

13   *Q.*      Will you please tell the Court how he's provided

14   substantial assistance in the prosecution of others.

15   *A.*      Mr. Nimerfroh provided information against two of his

16   codefendants in the current round of the investigation, namely

17   Holly Frantzen and Nikie Frye.  Additionally --

18   *Q.*      And both of those individuals have pled guilty; is

19   that right?

20   *A.*      Yes, sir, that is correct.  Additionally, going from

21   memory, Mr. Nimerfroh provided information against two future

22   potential targets of the investigation.

23   *Q.*      And you've written those down on Government's Exhibit

24   1; is that right?

25   *A.*      Yes, sir.

1          MR. SMITH:  The government would offer that and ask

2    that it be sealed, Your Honor, Government's Exhibit 1.

3          THE COURT:  Okay.  Where is it?

4          MR. SMITH:  The witness has it.

5          THE COURT:  Okay.  Hand it over here.

6          Have you shown that to defense counsel?

7          MR. SMITH:  Yes, Your Honor.

8          THE COURT:  Okay.  Go ahead.  And I'm receiving

9    Government's Exhibit 1, and I will treat it as a sealed

10   document.

11   Q    (BY MR. SMITH)  And those are the two individuals, the

12   two future targets that Mr. Nimerfroh has provided information

13   about; is that right?

14   A.      Again, I went off memory to come up with those names,

15   but to the best of my recollection, yes, sir.

16         THE COURT:  You're uncertain about that?

17         THE WITNESS:  I'm not 100 percent, Your Honor.  I

18   don't have the information with me to refresh my memory, so --

19         THE COURT:  Okay.  That's fine.

20   Q    (BY MR. SMITH)  Are you thinking there could be more, or

21   those are the two that you know for sure?

22   A.      I believe it's two, but in the -- one of the names on

23   there, I'm not certain if Mr. Nimerfroh provided information

24   about that individual or a different individual.

25         MR. SMITH:  Okay.  No further questions, Your Honor.

```
1              THE COURT:  Okay.  Do you have any questions you
2    want to ask?
3              MR. GREEN:  Thank you, Your Honor.
4                        CROSS-EXAMINATION
5    BY MR. GREEN:
6    Q.      The Aryan Brotherhood of Texas, would you say that's
7    a dangerous gang?
8    A.      Yes, sir, I would.
9    Q.      A violent gang?
10   A.      Yes, sir.
11   Q.      Are their leadership now in jail or prison as a
12   result of the government's investigation?
13   A.      Are their -- I'm sorry?
14   Q.      Are a lot of their leaders jailed because of this
15   investigation?
16   A.      Some of their leaders are jailed because of this
17   investigation, yes, sir.
18   Q.      And would you say that Mr. Nimerfroh's assistance was
19   substantial?
20   A.      As it relates to those individuals?
21   Q.      No, just to your investigation.
22   A.      It was helpful.
23   Q.      Okay.  And did -- other than Homeland Security,
24   didn't he also give information to the DEA?
25   A.      He gave the information to Homeland Security and DEA
```

14

1   jointly.

2   Q.      Okay.  And did he also give also information to

3   Arlington police and the Denton police on prior arrests?

4   A.      He gave information to Homeland Security and the

5   Arlington police jointly.  I'm not aware of any information he

6   provided to the Denton police.

7            MR. GREEN:  Okay.  Pass the witness.

8            THE COURT:  Do you have anything else you want to

9   ask him?

10           MR. SMITH:  No, Your Honor.

11           THE COURT:  Okay.  You can be seated.

12           THE WITNESS:  Yes, sir.

13           THE COURT:  I cannot find from the evidence that the

14  defendant has provided substantial assistance to the

15  government in the investigation and prosecution of others.  I

16  think he's provided helpful information, but not substantial

17  assistance.

18           Okay.  You and your client can come to the -- so I'm

19  denying the government's motion.  Of course, I'll take into

20  account in the sentencing decision what I've heard.

21           Okay.  Mr. Green, you can make whatever statement or

22  presentation you would like to make on behalf of your client

23  at this time.

24           MR. GREEN:  Thank you, Your Honor.  And I have some

25  brief evidence towards that, if I could call a witness.

```
 1              THE COURT:  Yes.

 2              MR. GREEN:  Melissa, can you come up?

 3              THE COURT:  You have somebody you want to speak from

 4    the podium?

 5              MR. GREEN:  Or the witness stand, whichever is

 6    easier for you Judge.

 7              THE COURT:  Well, if it's just somebody to make a

 8    statement, she can do it from the podium.  You don't have to

 9    call her to the witness stand.

10              Come on up here to the microphone behind the podium.

11              MR. GREEN:  Stay there.

12              THE COURT:  Why don't you say what your name is.

13              MS. MELISSA RIGGS:  Melissa Riggs.

14              THE COURT:  And what city do you live in?

15              MS. MELISSA RIGGS:  Arlington, Texas.

16              THE COURT:  Okay.  Go ahead and make whatever

17    statement you would like to make on behalf of the defendant.

18              MS. MELISSA RIGGS:  I got a phone call from my

19    brother a couple of days ago, and I'm worried for his life.

20    There's a death threat on him, and it's from the Aryan

21    Brotherhood, and I don't want anything to happen to him, and

22    that's not fair that he's going to be stuck in there with them

23    and he might not come home because they might kill him.

24              THE COURT:  Okay.  Anything else?

25              MS. MELISSA RIGGS:  No, sir.
```

1          *THE COURT:*  Okay.  Thank you for coming up here.

2          Okay.  Was there someone else who wanted to make a

3  statement?

4          *MR. GREEN:*  Yes, Your Honor.  Heather.

5          *THE COURT:*  Okay.  And what is your name?

6          *MS. HEATHER SCHWAB:*  Heather Schwab.

7          *THE COURT:*  Okay.  And where do you live?

8          *MS. HEATHER SCHWAB:*  Carrollton, Texas.

9          *THE COURT:*  Okay.  Go ahead and make whatever

10  statement you would like to make.

11          *MS. HEATHER SCHWAB:*  Your Honor, Tim is my

12  half-brother and he did not grow up with me.  He had a very

13  hard, hard life with his father, which I believe, in my

14  opinion, is a lot of -- just bad in his life.  He wasn't given

15  opportunities that I was given, which was very unfortunate.

16          I believe that he does accept responsibility for

17  what he's done.  I believe he accepts responsibility for the

18  hurt that he and my sister has caused our family.

19          And I'm not going to ask you to show mercy, but I am

20  going to ask you to keep in mind, he's 45 years old.  I want

21  to be able to someday -- I'm not no spring chicken myself, and

22  I would like to someday see him again.

23          And it's also very unfortunate that 7 years ago, to

24  the date, my mother got sick and died, and this is happening

25  on this day, but I just want you to know that I know that he

1    is very remorseful.  And my daughter's here, whom he's never

2    met, and she's here to support him because we're just a

3    connected family, and regardless of anything else, we're just

4    a connected family.

5              THE COURT:  Okay.  Thank you.

6              Okay.  Mr. Green, why don't you and your client come

7    back to the microphone, and you can make whatever statement

8    you would like to make on behalf of your client at this time.

9              MR. GREEN:  Thank you, Your Honor.

10             Mr. Nimerfroh, as he's about to tell you, has

11   received a direct death threat from Shawn Cropp, who is one of

12   the leaders.

13             THE COURT:  From who?

14             MR. GREEN:  Shawn Cropp, a codefendant in this case,

15   who is one of the leaders of the Aryan Brotherhood.  This has

16   been communicated to him inside the Johnson County Jail.  I

17   contacted Sheriff Alford's office, and they moved him into a

18   security.  Because of that, they take it as credible.

19             Whatever Mr. Nimerfroh told the law enforcement

20   obviously got some people riled and they are after him for it,

21   so he gave -- I believe we would ask you to reconsider based

22   on these facts.  And as you heard from his sister, you know,

23   she knows about it, and she's not even involved in the case,

24   so reconsider the substantial assistance to law enforcement

25   here.  And also that the Aryan Brotherhood is a known and

1    violent prison gang.

2             Also Mr. Nimerfroh is about to tell you that the

3    people in the Aryan Brotherhood have been writing different

4    U.S. prison facilities to be on the lookout for him, and TDC

5    facilities when he gets there.  So whoever he informed on, you

6    know, he helped put somebody in jail, obviously, and they are

7    out to get him.

8             Also, as you know from, I believe, Inmate Shulty

9    (sic), he was attacked in FCI Fort Worth and almost beat to

10   death for these same reasons, and Mr. Nimerfroh will tell you

11   one of the other inmates told him that they were going to

12   attack him two days ago.  That's why he had to be put in

13   protective custody, to stop him from coming to court today

14   because they think he's going to be here testifying against

15   somebody.

16            Mr. Nimerfroh was released from Texas Department of

17   Criminal Justice, you know, less than a year before this

18   offense.  He actually, as it's related in the PSR, he kept

19   clean, he worked two jobs, and he actually worked for a

20   company that I work for, which is kind of interesting because

21   they don't let drug addicts and slackers work there.

22            He's also an exceptional artist.

23            THE COURT:  What company is that that you work for?

24            THE DEFENDANT:  Upstage USA, Your Honor.

25            THE COURT:  Okay.

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

1          MR. GREEN:  It does like -- if somebody's putting on

2     a production or show, they do all the transportation and

3     setting up of that.

4          THE COURT:  I thought you said it was a company you

5     also worked for.

6          MR. GREEN:  A related company, yes, Your Honor, I do

7     legal work for a related company, so I know of this.  They

8     drug test employee employees and everything.  You know, no

9     dirty UAs.

10          He also had a job as a custom tattoo artist, and

11     Mr. Nimerfroh, as he told the probation officer, quit that job

12     when he started using methamphetamine again because he

13     couldn't do the quality work that he was used to doing.

14          The PSR clearly shows some mitigating factors

15     towards a sentence here for Mr. Nimerfroh.  He had a poor life

16     as a child, and as his sister told you, he didn't have very

17     many chances.  He was raised in a home strife with alcoholism

18     and neglect, abuse.

19          He started abusing alcohol and drugs as a teenager,

20     a young teenager, and he has not had a chance at clinical

21     rehabilitation.  His trips to the Colorado State Penitentiary

22     and to the Texas Penitentiary did not involve a trip to SAFP

23     as a condition of probation.  That's an opportunity he really

24     needs, and he's going to ask the judge to tell the BOP to send

25     him to the drug treatment facility.  If he doesn't get the

1   time credit, he wants that treatment and that will make a big

2   difference in his life.

3          He hasn't had that chance, and I would like you to

4   take that into consideration in your sentence, that he hasn't

5   had a chance to get professional drug treatment by the

6   authorities, even though he's been in trouble so many times.

7          Also, we would like you to please consider the short

8   duration of his conduct in this conspiracy.  As the PSR

9   reflects, he got out of prison and was doing right.  He got in

10  with, you know, the girl Nikie Frye there, and got hooked on

11  meth again.  He was only involved in months, not years, before

12  the police popped him with Stevie Soule with all those drugs

13  on her.

14         And after a period of working this case and he

15  stayed sober, you know, that's the things that have kept him

16  straight.  He does have a family out there.  He has a wife and

17  child.  He's kept them away from this offense.  So we would

18  like you to reconsider if he did provide substantial

19  assistance given the fact that the Aryan Brotherhood is

20  threatening his life and the sheriff's department thinks

21  that's serious enough to put him in seclusion and investigate

22  that.

23         And that also, consider in mitigation the

24  circumstances that Tim -- you know, I've had a lot of bad

25  criminal clients, and he's not a bad guy.  He's not the kind

1    of person that you would have to worry about, you know,

2    killing you or something in your sleep, or even robbing your

3    stuff.  He just has a very bad drug problem, and he can't get

4    off it without help from the Court, and he's asking that, and

5    he's asking for a lower sentence so he could take care of that

6    family of his and keep straight.

7         Also, Your Honor, that given his age, a sentence in

8    the guidelines would be, in fact, a life sentence very likely,

9    the effect of a life sentence.  He would be in there until

10   he's quite old, and that would probably be unfair given that

11   it's drug possession and drug dealing involving other drug

12   dealers.  There's no allegation here that he sold drugs to

13   children or got children hooked on drugs or used any violent

14   means.  Thank you, Your Honor.

15        THE COURT:  Okay.  Mr. Nimerfroh, you have the right

16   to make any statement or presentation you would like to make

17   on the subject of mitigation, that is, the things you think

18   the Court should take into account in determining what

19   sentence to impose, or on the subject of sentencing more

20   generally, and at this time I'll invite you to do that.

21        THE DEFENDANT:  Your Honor, I've been a drug addict

22   since I was 13 years old.  I grew up with it with my dad, and

23   alcoholism, and basically I just have not been able to kick

24   this addiction.  And so when I try to feed my addiction and

25   support my habit, I do not -- I do not deny the fact that I

1    sold drugs to support my habit, and I take full responsibility

2    for what I've done and ask mercy of the Court.

3              I'm sorry for the crimes I committed against the

4    United States and against my family, you know, that hurt that

5    I've given them.  I just ask that you please show mercy to me.

6    You know, I don't want to die in prison.  Those guidelines are

7    huge, man.  I mean, I don't know what else to say, Your Honor,

8    but I just ask that you show mercy on me.

9              *THE COURT:*  Okay.  Anything else?

10             *THE DEFENDANT:*  And the death threats are real.  The

11   lady that I informed on, Holly Frantzen, her husband is a

12   member of Aryan Brotherhood, and they are real upset with me

13   over this, and to come out here with nothing would just --

14   would be terrible, man.  There's a good chance that I'll

15   probably get killed in prison by informing on Holly Frantzen,

16   and I just ask you to consider that, Your Honor.

17             *THE COURT:*  Okay.  On the substantial assistance

18   issue, the Section 5K1.1 motion, as I've indicated, I have not

19   been persuaded that the defendant has provided substantial

20   assistance to the government in the investigation or

21   prosecution of another person who has committed an offense,

22   though he has been -- provided helpful information, and I've

23   had testimony to that effect, so I'm not giving him --

24   considering that a downward departure under 5K1.1 is

25   appropriate.

1          However, I am going to consider the factors the

2     Court would consider in determining the degree of departure,

3     if the Court had concluded that a departure was appropriate,

4     in evaluating where within the -- where the sentence should

5     be, and those factors are the evaluation of the significance

6     and usefulness of his assistance, taking into consideration

7     the government's evaluation of the assistance rendered.  Well,

8     the government has evaluated it as being helpful, so I'll take

9     that into consideration.

10          The next factor is the truthfulness, completeness,

11     and reliability of any information or testimony provided by

12     the defendant.  Well, I haven't received information that

13     would give me the ability to make a definitive finding on

14     those subjects, though I will assume that he has provided

15     truthful information for the sake of discussion.

16          And the nature and extent of defendant's assistance,

17     well, we've already talked about that.

18          Any injuries suffered or danger or risk of injury to

19     the defendant or his family resulting from his assistance.

20     Well, I assume from that, that all of the -- with respect to

21     that, that all of the defendants who have cooperated with the

22     government in this case have some risk of injury, and so I

23     assume that there is some risk of injury.

24          And I don't know that I can make an evaluation as to

25     the timeliness of the assistance he provided, so there's not

1    much I can do with that.

2            I've concluded that -- and another factor that I

3    need to take into account is the defendant's criminal history.

4    It turns out that, perhaps more defendants than not in this

5    series of cases we've had related to the methamphetamine,

6    broad methamphetamine conspiracy, the defendants have had

7    tremendously bad criminal history cate- -- criminal histories.

8            In this case, it starts at age 19, when he was

9    convicted of burglary in the second degree.  He was charged

10   with first degree burglary, conspiracy, assault in the third

11   degree, criminal mischief, and burglary in the second degree.

12   He was convicted of the fifth count, and I don't have enough

13   information to tell me whether there was evidence to support

14   the first ones.

15           He was given a probated sentence, but then he

16   violated that probation, and it was revoked and he got a

17   sentence of imprisonment of 4 years; and then he was released

18   on parole a year later, about a year-and-a-half later, and

19   then he violated his parole and it was revoked, and then he

20   finally served that sentence out.

21           And then at age 21, he was convicted of forgery by

22   passing, and he got a 3-year sentence on that, and then he was

23   paroled and he finally discharged that parole.

24           Then at age 26, he was convicted on an offense of

25   dangerous drugs, and he got a term of parole and then he

1    escaped from the community corrections facility.  And then

2    after that, he was arrested and he was returned to custody

3    with a new sentence of escape.

4           Then he was released on parole, and that parole was

5    revoked because he violated a condition of that parole, and he

6    finally served that sentence out in 2007, and that was a

7    sentence imposed in 1998 based on an offense he committed at

8    age 26.

9           Then at age 28, he was arrested in -- looks like in

10   Colorado, and he pleaded guilty to some offense, got a 1-year

11   sentence of imprisonment and 2 years parole.  He was released

12   on parole, violated the conditions of that parole and it was

13   revoked.  Apparently that was running parallel to the offense

14   that I mentioned immediately before that one.  He finally

15   discharged that sentence in 2007.

16          At age 31, he was convicted of possession of a

17   controlled substance.  He got a 1-year sentence.

18          Age 36, he was convicted of possession of a

19   controlled substance, morphine, and he pleaded guilty and got

20   an 18-month sentence on that.

21          At age 36, he was convicted of unlawful possession

22   of a firearm by a felon.  He got a 3-year sentence, he was

23   released on parole, and then he violated his parole and that

24   was revoked.  He was -- then finally discharged that sentence

25   in 2010.  And the description in paragraph 81 of the offense,

paragraph 81 of the Presentence Report, indicates that it was

a serious offense.  Of course, all of these are serious

offenses.

          And then at age 36, he pleaded guilty to credit card

abuse and got an 18-month sentence.

          Again at age 36, he was convicted of theft of

property.  He got an 18-month sentence.  Apparently that ran

parallel with the one I mentioned immediately before that.

          And then at age 38, he was convicted of possession

with intent to deliver a controlled substance.  That was

methamphetamine.

          In addition to those convictions, he has been

charged with criminal conduct on a number of occasions where

there wasn't a conviction, but I can tell from the description

of the offenses that in many of those cases he actually did

commit the offenses, and I find from a preponderance of the

evidence that he did, and that applies to the offense

described in paragraph 68 that occurred at age 31; the conduct

described in paragraph 69 that occurred at age 34; the conduct

described in paragraph 70 that occurred at age 34; the conduct

described in paragraph 71 that occurred at age 38; and the

conduct described in 72 that occurred at age 38.  In some of

those instances, it refers back to earlier paragraphs in the

Presentence Report, and, of course, that's what I'm relying

on.

1           If it were not for the factors that have been argued

2     in support of a reduced sentence, I probably would be

3     sentencing this defendant to 480 months, considering all of

4     the factors the Court should consider in sentencing under 18

5     United States Code Section 3553(a).

6           I'm going to take into account the help he's

7     provided the government and the factors that I mentioned in

8     going over the 5K1.1 factors that the Court should consider in

9     determining what a reduction should be, if the Court were to

10    conclude a reduction is appropriate.

11          Even though I haven't concluded that he qualifies

12    for a reduced sentence, I am going to take into account those

13    factors, as well as the other factors that his attorney has

14    mentioned, and I'm going to sentence at the very bottom of the

15    advisory guideline range of 360 months.

16          That sentence would run consecutively to any

17    sentence in his parole violation Case Number 1186065D.  That's

18    in the 297th District Court of Tarrant County, Texas.

19          In addition to that, there would be a term of

20    supervised release of 5 years that would follow after

21    completion of the sentence of imprisonment, and an obligation

22    to pay a special assessment of $100, and that's payable

23    immediately.

24          So the Court's ordering and adjudging that the

25    defendant be committed to the custody of the Bureau of Prisons

1   to serve a term of imprisonment of 360 months.

2           Now, I failed to mention that that term of

3   imprisonment is to run concurrently with any sentence imposed

4   in the 297th District Court of Tarrant County, Texas in Case

5   Number 14296631, but consecutively to that other matter I

6   mentioned, the Case Number 1186065D.

7           I'm also ordering that the defendant serve a term of

8   supervised release of 3 years that would start once he's

9   completed his sentence of imprisonment, and the conditions of

10  that --

11          *(Bench Conference with Courtroom Deputy)*

12          *THE COURT:*  I'm sorry, I misspoke.  The term of

13  supervised release is to be 5 years and not 3 years.  I

14  misspoke.

15          So I'm ordering that he serve a term of supervised

16  release of 5 years to start when he's completed his sentence

17  of imprisonment, and he, while on supervised release, will

18  comply with the standard conditions that will be set forth in

19  the judgment of conviction and sentence, and the following

20  additional conditions:

21          He shall not commit another federal, state, or local

22  crime.

23          He shall not possess illegal controlled substances.

24          He shall cooperate in the collection of DNA as

25  directed by the probation officer and as authorized by the

1    Justice for All Act of 2004.

2            He shall refrain from any unlawful use of a

3    controlled substance, and shall submit to one drug test within

4    15 days of release from imprisonment and at least two periodic

5    drug tests thereafter as directed by the probation officer.

6            He shall participate in mental health treatment

7    services as directed by the probation officer until

8    successfully discharged, and those services may include

9    prescribed medications by a licensed physician, and he'll

10   contribute to the cost of those services at the rate of at

11   least $25 a month.

12           He shall participate in a program approved by the

13   probation officer for treatment of narcotic or drug or alcohol

14   dependency that will include testing for the detection of

15   substance abuse, and he shall abstain -- substance use, not

16   abuse.  The testing will be for detection of substance use,

17   and he shall abstain from the use of alcohol and all other

18   intoxicants during and after completion of that treatment, and

19   he'll contribute to the cost of those services at the rate of

20   at least $25 a month.

21           I'm also ordering that the defendant pay a special

22   assessment of $100, and that's payable at the time of

23   sentencing.

24           Mr. Nimerfroh, you have the right to appeal from the

25   sentence I've imposed, if you're dissatisfied with it.  That

1    appeal would be to the United States Court of Appeals for the

2    Fifth Circuit.

3            You have the right to appeal in forma pauperis, that

4    means without any cost to you, if you were to qualify for it.

5    You have the right to have the clerk of court file a notice of

6    appeal for you, and the clerk would do that forthwith, if you

7    were to specifically request it.

8            You and your attorney have been given a form that

9    outlines certain rights and obligations in reference to an

10   appeal.  If you haven't already done so, I want the two of you

11   to review that and be sure you understand it, and once both of

12   you are satisfied you understand it, I want both of you to

13   sign it and return it to the court coordinator.

14           Has that been done, Mr. Green?

15           MR. GREEN:  The court coordinator already has that

16   document, Your Honor.

17           THE COURT:  Pardon?

18           MR. GREEN:  She already has that document, Your

19   Honor.

20           THE COURT:  Are you satisfied your client

21   understands it?

22           MR. GREEN:  Yes, Your Honor.

23           THE COURT:  And did both of you sign it?

24           MR. GREEN:  Yes, Your Honor, we both signed it.

25           THE COURT:  Okay.  The defendant's remanded to

1    custody, and you're excused, Mr. Green.

2         You're excused, too, Mr. Smith.

3         *COURT SECURITY OFFICER:*  All rise.

4         *(End of Proceedings)*

5              **REPORTER'S CERTIFICATE**

6         I, Debra G. Saenz, CSR, RMR, CRR, certify that the

7    foregoing is a true and correct transcript from the record

8    of proceedings in the foregoing entitled matter.

9         I further certify that the transcript fees format

10   comply with those prescribed by the Court and the Judicial

11   Conference of the United States.

12        Signed this 28th day of February, 2017.

13

14                    /s/ Debra G. Saenz

15                    DEBRA G. SAENZ, CSR, RMR, CRR
                      Texas CSR No. 3158
16                    Official Court Reporter
                      The Northern District of Texas
17                    Fort Worth Division

18

19   CSR Expires:        12/31/17
     Business Address:   501 W. 10th Street, Room 424
20                       Fort Worth, Texas  76102
     Telephone:          817.850.6661
21   E-Mail Address:     debbie.saenz@yahoo.com

22

23

24

25

**$**

$100 [3]  10/9 27/22 29/22
$25,000 [1]  10/8
$5 [1]  10/8
$5 million [1]  10/8

**-**

-- criminal [1]  24/7
-- if [1]  19/1

**/**

/s [1]  31/14

**0**

04 [1]  2/3
05 [1]  1/7
09 [1]  2/4

**1**

1-year [2]  25/10 25/17
10 [1]  2/5
100 percent [1]  12/17
10th [2]  1/21 31/19
11 [1]  2/7
1186065D [2]  27/17 28/6
11:34 [2]  1/8 3/2
12 [2]  2/21 7/13
12/31/17 [1]  31/19
12959 [1]  1/18
13 [2]  2/8 21/22
14 [1]  2/9
14296631 [1]  28/5
15 [2]  2/11 29/4
16 [1]  2/12
17 [2]  2/13 31/19
1700 [1]  1/15
18 [2]  3/18 27/4
18-month [3]  25/20 26/5 26/7
19 [1]  24/8
1998 [1]  25/7

**2**

2004 [1]  29/1
2007 [2]  25/6 25/15
2010 [1]  25/25
2016 [4]  1/6 3/2 3/16 3/18
2017 [1]  31/12
21 [4]  1/6 2/14 3/2 24/21
214.341.9026 [1]  1/19
22 [1]  2/15
250 [1]  1/18
26 [2]  24/24 25/8
28 [1]  25/9
28th [1]  31/12
29 [2]  4/18 4/25
297th [2]  27/18 28/4
2D1.1 [1]  7/13

**3**

3-year [2]  24/22 25/22
31 [3]  2/16 25/16 26/18
3158 [1]  31/15
32 [1]  2/17
34 [2]  26/19 26/20
3553 [1]  27/5
36 [4]  25/18 25/21 26/4 26/6
360 [4]  10/2 10/7 27/15 28/1
38 [3]  26/9 26/21 26/22
39 [1]  10/2

**4**

42 [2]  6/5 6/7

**4**

424 [2]  1/21 31/19
43 [1]  7/17
45 [1]  16/20
480 [2]  7/17 7/23
480-month [1]  10/5
4:16-CR-121-A [2]  1/4 3/7

**5**

501 [2]  1/21 31/19
5K1.1 [3]  22/18 22/24 27/8

**6**

68 [1]  26/18
6882 [1]  1/16
69 [1]  26/19

**7**

70 [1]  26/20
71 [1]  26/21
72 [1]  26/22
75238 [1]  1/19
76102 [2]  1/21 31/20
76102-6882 [1]  1/16

**8**

801 [1]  1/15
81 [2]  25/25 26/1
817.252.5200 [1]  1/16
817.850.6661 [2]  1/22 31/20

**A**

a.m [2]  1/8 3/2
ability [1]  23/13
able [2]  16/21 21/23
about [13]  5/1 5/15 5/24 8/21 12/13
 12/16 12/24 17/10 17/23 18/2 21/1
 23/17 24/18
abstain [2]  29/15 29/17
abstain -- substance [1]  29/15
abuse [4]  19/18 26/5 29/15 29/16
abusing [1]  19/19
accept [1]  16/16
accepts [1]  16/17
account [5]  14/20 21/18 24/3 27/6 27/12
Act [1]  29/1
activities [2]  7/8 9/9
actually [6]  4/1 6/15 6/17 18/18 18/19
 26/15
addenda [1]  9/24
addendum [3]  3/24 9/20 9/24
addendum. [1]  4/2
addendum.  Did [1]  4/2
addict [1]  21/21
addiction [2]  21/24 21/24
addicts [1]  18/21
addition [2]  26/12 27/19
additional [1]  28/20
Additionally [2]  11/17 11/20
Address [2]  31/19 31/21
adjudging [1]  27/24
admits [1]  6/13
ADMITTED [1]  2/20
adopts [2]  9/18 9/22
advisory [1]  27/15
affect [1]  5/11
after [5]  17/20 20/14 25/2 27/20 29/18
again [5]  12/14 16/22 19/12 20/11 26/6
against [5]  11/10 11/15 11/21 18/14
 22/3 22/4
age [17]  21/7 24/8 24/21 24/24 25/8
 25/9 25/16 25/18 25/21 26/4 26/6 26/9
 26/18 26/19 26/20 26/21 26/22
Agent [2]  10/23 11/8

**A** (continued)

ago [4]  7/23 15/19 16/23 18/12
ahead [3]  12/8 15/16 16/9
alcohol [3]  19/19 29/13 29/17
alcoholism [2]  19/17 29/23
Alford's [1]  17/17
all [21]  3/3 4/4 6/17 19/2 20/12 23/20
 23/21 26/2 27/3 29/1 29/17 31/3
allegation [1]  21/12
Allen [1]  9/8
almost [1]  18/9
already [4]  23/17 30/10 30/15 30/18
also [15]  13/24 14/2 14/2 16/23 17/25
 18/2 18/8 18/22 19/5 19/10 20/7 20/23
 21/7 28/7 29/21
am [4]  11/12 16/19 23/1 27/12
amended [2]  4/17 4/25
AMERICA [2]  1/4 3/7
amount [1]  5/8
another [3]  22/21 24/2 28/21
ANTHONY [2]  1/17 1/18
any [18]  4/12 6/19 6/20 7/6 9/20 9/21
 9/25 10/19 13/1 14/5 21/13 21/16 23/11
 23/18 27/16 28/3 29/2 30/4
anything [5]  14/8 15/21 15/24 17/3 22/9
apparently [3]  6/8 25/13 26/7
appeal [5]  29/24 30/1 30/3 30/6 30/10
Appeals [1]  30/1
appear [1]  9/10
appeared [1]  3/15
appears [1]  9/12
applicable [1]  10/9
applies [1]  26/17
application [1]  7/15
appropriate [3]  22/25 23/3 27/10
approved [1]  29/12
are [22]  4/10 4/19 5/16 6/24 8/20 11/10
 12/11 12/20 12/21 13/11 13/13 13/14
 13/16 17/20 18/6 22/6 22/10 22/12 23/5
 26/2 30/12 30/20
argued [1]  27/1
Arlington [3]  14/3 14/5 15/15
arrested [2]  25/2 25/9
arrests [1]  14/3
artist [2]  18/22 19/10
Aryan [7]  13/6 15/20 17/15 17/25 18/3
 20/19 22/12
as [33]
as -- for [1]  9/14
ascertained [1]  7/11
ask [11]  12/1 13/2 14/9 16/19 16/20
 17/21 19/24 22/2 22/5 22/8 22/16
asking [3]  8/13 21/4 21/5
assault [1]  24/10
assessment [3]  10/9 27/22 29/22
assistance [13]  11/14 13/18 14/14
 14/17 17/24 20/19 22/17 22/20 23/6
 23/7 23/16 23/19 23/25
assisting [1]  9/8
assume [3]  23/14 23/20 23/23
attack [1]  18/12
attacked [1]  18/9
attorney [3]  10/5 27/13 30/8
attributed [1]  5/9
authorities [1]  20/6
authorized [1]  28/25
aware [1]  14/5
away [1]  20/17

**B**

back [3]  5/23 17/7 26/23
bad [5]  16/14 20/24 20/25 21/3 24/7
based [3]  3/21 17/21 25/7
basically [1]  21/23

## B

be [28] 3/5 8/2 8/23 10/2 10/9 10/25 18/12 18/14 21/8 21/9 21/10 22/14 23/5 27/2 27/9 27/19 27/25 28/13 28/18 29/16 30/1 30/11
beat [1] 18/9
because [12] 4/22 7/9 10/4 13/14 13/16 15/23 17/2 17/18 18/14 18/20 19/12 25/5
become [1] 10/6
been [14] 10/3 10/24 11/2 17/16 18/3 20/6 21/21 21/23 22/19 22/22 26/12 27/1 30/8 30/14
before [6] 1/11 3/15 18/17 20/11 25/14 26/8
behalf [3] 14/22 15/17 17/8
behind [1] 15/10
being [2] 9/17 23/8
believe [6] 12/22 16/13 16/16 16/17 17/21 18/8
bench [4] 9/21 9/25 10/11 28/11
best [1] 12/15
big [1] 20/1
BOP [1] 19/24
both [6] 4/2 11/18 30/11 30/12 30/23 30/24
bottom [1] 27/14
bought [1] 6/14
brief [1] 14/25
broad [1] 24/6
brother [2] 15/19 16/12
Brotherhood [6] 13/6 15/21 17/25 18/3 20/19 22/12
Brotherhood. [1] 17/15
Brotherhood. This [1] 17/15
Bureau [1] 27/25
burglary [3] 24/9 24/10 24/11
Business [1] 31/19

## C

call [3] 14/25 15/9 15/18
calling [1] 3/6
calls [1] 10/23
came [1] 8/18
can [10] 10/14 14/11 14/18 14/21 15/2 15/8 17/7 23/24 24/1 26/14
can't [1] 21/3
cannot [1] 14/13
card [1] 26/4
care [1] 21/5
Carrollton [1] 16/8
cartel [2] 8/20 8/22
cartels [1] 8/21
case [14] 1/4 6/17 9/25 10/17 10/24 11/10 17/14 17/23 20/14 23/22 24/8 27/17 28/4 28/6
cases [2] 24/5 26/15
cate [1] 24/7
Category [1] 10/12
caused [1] 16/18
certain [2] 12/23 30/9
Certificate [2] 2/16 31/5
certify [2] 31/6 31/9
chance [4] 19/20 20/3 20/5 22/14
chances [1] 19/17
charged [4] 3/18 10/3 24/9 26/13
charging [1] 10/4
Cherry [1] 1/15
chicken [1] 16/21
child [2] 19/16 20/17
children [2] 21/13 21/13

Circuit [1] 30/2
circumstances [1] 20/24
city [1] 15/14
clean [1] 18/19
clearly [1] 19/14
clerk [2] 30/5 30/6
client [8] 3/11 3/23 4/4 14/18 14/22 17/6 17/8 30/20
clients [1] 20/25
clinical [1] 19/20
Code [1] 27/5
codefendant [1] 17/14
codefendants [1] 11/16
collection [1] 28/24
Colorado [2] 19/21 25/10
come [9] 3/11 10/25 12/14 14/18 15/2 15/10 15/23 17/6 22/13
coming [3] 8/22 16/1 18/13
commit [2] 16/16 28/21
committed [4] 22/3 22/21 25/7 27/25
common [1] 8/19
communicated [1] 17/16
community [1] 25/1
company [5] 18/20 18/23 19/4 19/6 19/7
completed [2] 28/9 28/16
completeness [1] 23/10
completion [2] 27/21 29/18
comply [2] 28/18 31/10
computer [1] 1/25
conclude [1] 27/10
concluded [4] 9/13 23/3 24/2 27/11
concludes [1] 10/1
conclusion [2] 4/10 6/10 6/11
conclusions [4] 9/20 9/22 9/23 9/25
concurrently [1] 28/3
condition [2] 19/23 25/5
conditions [4] 25/12 28/9 28/18 28/20
conduct [7] 10/4 20/8 26/13 26/18 26/19 26/20 26/22
Conference [3] 10/11 28/11 31/11
confuse [1] 8/1
connected [2] 17/3 17/4
consecutively [2] 27/16 28/5
consider [7] 20/7 20/23 22/16 23/1 23/2 27/4 27/8
consideration [3] 20/4 23/6 23/9
considering [2] 22/24 27/3
conspiracy [4] 3/18 20/8 24/6 24/10
contacted [1] 17/17
contribute [2] 29/10 29/19
control [1] 7/9
controlled [6] 3/19 25/17 25/19 26/10 28/23 29/3
convicted [9] 24/9 24/12 24/21 24/24 25/16 25/18 25/21 26/6 26/9
conviction [3] 3/21 26/14 28/19
convictions [1] 26/12
cooperate [1] 28/24
cooperated [1] 23/21
coordinator [2] 30/13 30/15
correct [3] 8/25 11/20 31/7
corrections [1] 7/11
correctly [2] 7/11 9/12
cost [3] 29/10 29/19 30/4
could [3] 12/20 14/25 21/5
couldn't [1] 19/13
counsel [1] 12/6
count [2] 24/12 24/12
County [3] 17/16 27/18 28/4
couple [1] 15/19
course [4] 3/20 14/19 26/2 26/24
court [28] 1/1 1/11 1/20 2/15 4/25 9/18 9/19 9/22 9/22 10/1 11/13 18/13 21/4

21/18 22/2 23/2 23/3 27/4 27/8 27/9 27/18 28/4 30/1 30/5 30/13 30/15 31/10 31/11 31/15
courts [3] 2/4 29/2 31/24
Courtroom [2] 10/11 28/11
CR [2] 1/4 3/7
created [1] 10/5
credible [1] 17/18
credit [2] 20/1 26/4
crime [1] 28/22
crimes [1] 22/3
criminal [8] 10/12 18/17 20/25 24/3 24/7 24/7 24/11 26/13
Cropp [2] 17/11 17/14
Cross [2] 2/8 13/4
Cross-Examination [2] 2/8 13/4
CRR [3] 1/20 31/6 31/15
CSR [5] 1/20 31/6 31/15 31/15 31/19
current [2] 11/7 11/16
custody [4] 18/13 25/2 27/25 31/1
custom [1] 19/10

## D

dad [1] 21/22
Dallas [1] 1/19
danger [1] 23/18
dangerous [2] 13/7 24/25
date [2] 3/16 16/24
date -- on [1] 3/16
dated [1] 4/18
daughter's [1] 17/1
day [2] 16/25 31/12
days [3] 15/19 18/12 29/4
DEA [2] 13/24 13/25
deal [1] 9/1
dealers [1] 21/12
dealing [2] 8/17 21/11
death [4] 15/20 17/11 18/10 22/10
debbie.saenz [2] 1/22 31/21
DEBRA [4] 1/20 31/6 31/14 31/15
decision [2] 10/4 14/20
defendant [19] 1/8 1/17 2/14 3/10 5/9 6/3 7/7 8/21 9/9 10/3 14/14 15/17 22/19 23/12 23/19 27/3 27/3 27/25 28/7 29/2
defendant's [4] 4/17 23/16 24/3 30/25
defendants [3] 23/21 24/4 24/6
defense [1] 12/6
definitive [1] 23/13
degree [5] 23/2 24/9 24/10 24/11 24/11
deliver [1] 26/10
Denton [2] 14/3 14/6
deny [1] 21/25
denying [1] 14/19
department [3] 1/14 18/16 20/20
departure [5] 2/5 10/16 22/24 23/2 23/3
dependency [1] 29/14
Deputy [2] 10/11 28/11
described [5] 26/18 26/19 26/20 26/21 26/22
description [3] 2/20 25/25 26/14
detection [2] 29/14 29/16
determining [3] 21/18 23/2 27/9
did [18] 3/23 3/25 4/1 4/2 4/4 5/2 6/3 8/10 9/1 9/14 13/23 14/2 16/12 19/22 20/18 26/15 26/17 30/23
did -- other [1] 13/23
didn't [3] 8/1 13/24 19/16
die [1] 22/6
died [1] 16/24
difference [1] 20/2
different [2] 12/24 18/3
direct [3] 2/7 11/3 17/11
directed [3] 28/25 29/5 29/7

**D**

dirty [1] 19/9
discharged [4] 24/23 24/25 24/25 24/25
discuss [1] 4/5
discussion [1] 23/15
dissatisfied [1] 29/25
distribute [1] 3/19
distributing [2] 5/4 6/4
DISTRICT [7] 1/1 1/2 1/11 1/15 27/18 28/4 31/16
DIVISION [2] 1/3 31/17
DNA [1] 28/24
do [16] 4/12 6/19 10/19 13/1 14/8 15/8 15/14 16/7 19/2 19/6 19/13 21/20 21/25 21/25 24/1 30/6
document [3] 12/10 30/16 30/18
does [4] 4/20 16/16 19/1 20/16
does like [1] 19/1
doesn't [2] 5/11 19/25
dog [1] 8/5
doing [2] 19/13 20/9
don't [13] 3/11 7/5 7/6 12/18 15/8 15/12 15/21 17/6 18/21 22/6 22/7 23/24 24/12
done [4] 16/17 22/2 30/10 30/14
down [1] 11/23
downward [3] 2/5 10/16 22/24
drug [15] 7/8 8/21 9/9 18/21 19/8 19/25 20/5 21/3 21/11 21/11 21/11 21/21 29/3 29/5 29/13
drug-trafficking [2] 7/8 9/9
drugs [14] 6/13 6/14 8/16 8/17 8/17 8/22 9/1 9/1 19/19 20/12 21/12 21/13 22/1 24/25
drugs -- that [1] 9/1
duly [1] 11/2
duration [1] 20/8
during [1] 29/16

**E**

E-Mail [2] 1/22 31/21
each [2] 4/5 9/24
earlier [1] 26/23
easier [1] 15/6
effect [2] 21/9 22/23
either [2] 6/22 9/24
else [6] 14/8 15/24 16/2 17/3 22/7 22/9
employee [1] 19/8
employees [1] 19/8
End [1] 31/4
enforcement [2] 17/19 17/24
enhancement [2] 5/16 7/22
enough [2] 20/21 24/12
entered [1] 3/16
enters [1] 3/4
entitled [1] 31/8
ERIC [3] 1/7 3/8 3/14
escape [1] 25/3
escaped [1] 25/1
evaluated [1] 23/8
evaluating [1] 23/4
evaluation [3] 23/5 23/7 23/24
even [5] 8/21 17/23 20/6 21/2 27/11
everything [1] 9/9
evidence [11] 6/19 7/14 8/15 8/16 9/1 9/11 10/19 14/13 14/25 24/13 26/17
exact [1] 3/16
Examination [4] 2/7 2/8 11/3 13/4
exceptional [1] 18/22
excused [2] 31/1 31/2
EXHIBIT [4] 2/19 11/23 12/2 12/9
Expires [1] 31/19
expressed [4] 9/21 9/21 9/23 9/25

expressed -- any [1] 9/21
expressing [1] 4/10
extent [1] 23/16

**F**

facilities [2] 18/4 18/5
facility [2] 19/25 25/1
fact [5] 7/1 9/18 20/19 21/8 21/25
factor [2] 23/10 24/2
factors [9] 19/14 23/1 23/5 27/1 27/4 27/7 27/8 27/13 27/13
facts [8] 6/9 6/21 6/24 7/12 9/7 9/13 9/19 17/22
failed [1] 28/2
fair [1] 17/1
Fairfield [1] 6/18
familiar [1] 11/10
family [7] 16/18 17/3 17/4 20/16 21/6 22/4 23/19
father [1] 16/13
FCI [1] 18/9
February [1] 31/12
federal [1] 28/21
feed [1] 21/24
fees [1] 31/9
felon [1] 25/22
fifth [2] 24/12 30/2
file [1] 30/5
filed [2] 3/18 10/16
finally [5] 24/20 24/23 25/6 25/14 25/24
find [7] 4/20 6/5 7/13 8/25 9/10 14/13 26/16
finding [2] 8/16 23/13
findings [3] 2/4 9/18 9/21
fine [2] 10/8 12/19
firearm [1] 25/22
first [4] 4/17 11/2 24/10 24/14
follow [1] 27/20
following [1] 28/19
follows [1] 11/2
foregoing [2] 31/7 31/8
forgery [1] 24/21
form [1] 30/8
forma [1] 30/3
format [1] 31/9
FORT [8] 1/3 1/5 1/16 1/21 6/18 18/9 31/17 31/20
forth [2] 9/19 28/18
forthwith [1] 30/6
Frantzen [3] 11/17 22/11 22/15
Frye [4] 6/15 9/8 11/17 20/10
full [2] 3/13 22/1
fully [1] 6/12
further [2] 9/17 12/25 31/9
future [2] 11/21 12/12

**G**

gang [3] 13/7 13/9 18/1
gave [3] 13/25 14/4 17/21
gave -- I [1] 17/21
generally [1] 21/20
get [6] 3/16 18/7 19/25 20/5 21/3 22/15
gets [1] 18/5
girl [1] 20/10
give [4] 7/3 13/24 14/2 23/13
given [9] 5/11 16/14 16/15 20/19 21/7 21/10 22/5 24/15 30/8
giving [1] 22/23
go [4] 5/23 12/8 15/16 16/9
going [16] 5/8 7/9 8/24 9/15 11/20 15/22 16/19 16/20 16/11 18/14 19/24 23/1 27/6 27/8 27/12 27/14
good [1] 22/14

got [17] 6/16 15/18 16/24 17/20 20/9 20/9 20/10 21/13 24/16 24/22 24/25 25/17 25/19 25/19 25/22 25/25 26/7
government [12] 2/11 4/3 5/3 9/17 10/16 10/23 12/1 14/15 22/20 23/8 23/22 27/7
government's [9] 2/5 2/19 4/8 11/23 12/2 12/9 13/12 14/19 23/7
GREEN [12] 1/17 1/18 2/3 2/8 2/13 3/11 3/23 13/5 14/21 17/6 30/14 31/1
Green's [1] 3/10
grew [1] 21/22
grow [1] 16/12
guideline [4] 5/12 10/2 10/6 27/15
guidelines [2] 21/8 22/6
guilty [5] 3/17 11/18 25/10 25/19 26/4
guy [1] 20/25

**H**

habit [2] 21/25 22/1
had [14] 7/9 10/3 16/12 18/12 19/10 19/15 19/20 20/3 20/5 20/24 22/23 23/3 24/5 24/6
half [2] 16/12 24/18
half-brother [1] 16/12
Hand [1] 12/5
happen [1] 15/21
happening [1] 16/24
hard [2] 16/13 16/13
has [23] 7/6 9/7 10/5 10/24 12/4 12/12 14/14 16/18 17/10 17/15 19/20 20/16 21/3 22/19 22/21 22/22 23/8 23/14 26/12 27/13 30/14 30/15 30/18
has -- recites [1] 9/7
hasn't [2] 20/3 20/4
have [29] 5/12 6/19 10/19 11/18 12/6 12/18 13/1 14/8 14/24 15/3 15/8 18/3 19/16 20/15 20/16 21/1 21/15 21/23 22/18 23/21 23/22 24/6 24/12 27/1 29/24 30/3 30/5 30/5 30/8
haven't [3] 23/12 27/11 30/10
having [2] 3/20 11/2
he [118]
he'll [2] 29/9 29/19
he's [21] 6/15 11/13 14/16 15/22 16/17 16/20 17/1 17/10 18/14 18/22 19/24 20/6 20/17 20/25 20/25 21/4 21/5 21/10 27/6 28/8 28/16
health [1] 29/6
heard [2] 14/20 17/22
Heather [3] 2/12 16/4 16/6
help [2] 21/4 27/6
helped [1] 18/6
helpful [4] 13/22 14/16 22/22 23/8
her [4] 6/16 15/9 20/13 22/11
here [13] 3/9 3/10 3/20 12/5 15/10 16/1 17/1 17/2 17/25 18/14 19/15 21/12 22/13
him [20] 6/15 14/9 15/20 15/21 15/23 16/22 17/2 17/16 17/17 17/20 18/4 18/7 18/11 18/12 18/13 19/25 20/12 20/15 20/21 22/23
his [29] 5/11 6/16 7/2 7/8 8/22 9/9 9/15 10/3 11/15 15/19 16/13 16/14 17/22 19/16 19/21 20/2 20/8 20/20 21/6 21/7 23/6 23/19 23/19 24/19 25/23 27/13 27/17 28/9 28/16
his -- the [1] 8/22
histories [1] 24/7
history [3] 10/12 24/3 24/7
history cate [1] 24/7
Hold [1] 7/3
Holly [3] 11/17 22/11 22/15

**H**

home [2] 15/23 19/17
Homeland [1] 6/19
Honor [41]
HONORABLE [1] 1/11
hooked [2] 20/10 21/13
hotel [2] 6/13 6/14
how [3] 5/1 5/17 11/13
However [1] 23/1
huge [1] 22/7
hurt [2] 16/18 22/4
husband [1] 22/11

**I**

I'll [4] 14/19 21/20 22/14 23/8
I'm [27] 3/6 5/8 5/13 6/5 7/9 8/15 9/24
9/15 11/8 12/8 12/17 12/23 13/13 14/5
14/18 15/19 16/19 16/21 22/3 22/23
26/24 27/6 27/14 28/7 28/12 28/15
29/21
I've [12] 9/21 9/21 9/25 14/20 20/24
21/21 22/2 22/5 22/18 22/22 24/2 29/25
illegal [1] 28/23
immediately [3] 25/14 26/8 27/23
importation [1] 7/22
imported [1] 9/2
impose [1] 21/19
imposed [3] 25/7 28/3 29/25
imprisonment [9] 10/2 24/17 25/11
27/21 28/1 28/3 28/9 28/17 29/4
in -- looks [1] 25/9
include [2] 29/8 29/14
increase [5] 7/3 7/13 7/15 9/6 9/14
Index [2] 2/17 2/19
indicate [1] 9/8
indicated [1] 22/18
indicates [1] 26/1
individual [2] 12/24 12/24
individuals [3] 11/18 12/11 13/20
information [18] 3/17 7/5 11/15 11/21
12/12 12/18 12/23 13/24 13/25 14/2
14/4 14/5 14/16 22/22 23/11 23/12
23/15 24/13
informed [2] 18/5 22/11
informing [1] 22/15
injuries [1] 23/18
injury [3] 23/18 23/22 23/23
Inmate [1] 18/8
inmates [1] 18/11
Inn [1] 6/18
inside [1] 17/16
instances [1] 26/23
intent [2] 3/19 26/10
interesting [1] 18/20
intoxicants [1] 29/18
investigate [1] 20/21
investigation [9] 4/18 11/16 11/22 13/12
13/15 13/17 13/21 14/15 22/20
Investigations [1] 11/9
invite [1] 21/20
involve [1] 19/22
involved [2] 17/23 20/11
involving [1] 21/11
is [46]
is -- would [1] 10/9
issue [1] 22/18
it [39]
it's [8] 3/7 8/19 12/22 15/7 15/20 16/23
18/18 21/11
items [1] 4/5

**J**

jail [3] 13/11 17/16 18/6
jailed [2] 13/14 13/16
job [2] 19/10 19/11
jobs [1] 18/19
JOHN [1] 1/11
Johnson [1] 17/16
jointly [2] 14/1 14/5
judge [6] 1/11 3/4 8/1 8/4 15/6 19/24
judgment [1] 28/19
Judicial [1] 31/10
June [1] 3/16
Jupiter [1] 1/18
just [17] 5/13 6/15 6/21 6/24 7/3 13/21
15/7 16/14 16/25 17/2 17/3 21/3 21/23
22/5 22/8 22/13 22/16
JUSTICE [3] 1/14 18/17 29/1

**K**

keep [2] 16/20 21/6
kept [3] 18/18 20/15 20/17
kick [1] 21/23
kill [1] 15/23
killed [1] 22/15
killing [1] 21/2
kind [2] 18/20 20/25
know [19] 5/13 8/2 12/21 16/25 16/25
17/22 18/6 18/8 18/17 19/7 19/8 20/10
20/15 20/24 21/1 22/4 22/6 22/7 23/24
knowledge [1] 8/19
known [1] 17/25
knows [1] 17/23

**L**

lady [1] 22/11
later [2] 24/18 24/18
law [3] 1/18 17/19 17/24
leader [3] 5/15 7/18 9/6
leader/organizer [2] 5/15 7/18
leaders [4] 13/14 16/18 17/12 17/15
leadership [1] 19/14
least [3] 29/4 29/11 29/20
left [2] 6/16 10/13
legal [1] 19/7
less [1] 18/17
let [4] 3/15 4/20 8/2 18/21
let's [3] 5/23 6/2 10/14
level [6] 7/3 7/13 7/14 9/6 9/14 10/1
licensed [1] 29/9
life [9] 10/3 15/19 16/13 16/14 19/15
20/2 20/20 21/8 21/9
like [11] 14/22 15/17 16/10 16/22 17/8
19/1 20/3 20/7 20/18 21/16 25/9
likely [1] 21/8
List [2] 2/21
live [2] 15/14 16/7
lived [1] 6/15
living [1] 6/17
local [1] 28/21
lookout [1] 18/4
looks [1] 25/9
lot [3] 13/14 16/14 20/24
lower [1] 21/5

**M**

made [1] 8/20
Mail [2] 1/22 31/21
maintain [2] 5/3 6/3
make [16] 10/14 14/21 14/22 15/7 15/16
15/17 16/2 16/9 16/10 17/7 17/8 20/1
21/16 21/16 23/13 23/24
makes [1] 10/6
man [2] 22/7 22/14
Mandy [2] 5/9 5/19
manner [2] 3/24 4/2
many [4] 5/12 19/17 20/6 26/15
matter [2] 28/5 31/8
maximum [2] 10/5 10/6
may [2] 3/18 29/9
May 18 [1] 3/18
McBRYDE [1] 1/11
McCURDY [4] 2/6 10/23 11/1 11/6
me [36] 3/15 3/15 4/14 4/20 4/24 7/23
8/2 9/10 9/12 12/18 16/12 22/5 22/8
22/12 23/13 24/13
me -- let [1] 3/15
mean [2] 8/1 22/7
means [2] 21/14 30/4
mechanical [1] 1/24
medications [1] 29/9
Melissa [3] 2/11 15/2 15/13
member [1] 22/12
memory [3] 11/21 12/14 12/18
mental [1] 29/6
mention [1] 28/2
mentioned [5] 25/14 26/8 27/7 27/14
28/6
mercy [4] 16/19 22/2 22/5 22/8
merit [1] 4/11
met [1] 17/2
meth [1] 20/11
methamphetamine [8] 3/20 5/4 5/9 6/4
19/12 24/5 24/6 26/11
Mexico [4] 8/18 8/21 8/23 9/2
microphone [2] 15/10 17/7
middle [1] 5/17
might [2] 15/23 15/23
MIKE [3] 2/6 11/1 11/6
million [1] 10/8
mind [1] 16/20
minute [2] 7/4 7/23
mischief [1] 24/11
misspoke [2] 28/12 28/14
mitigating [1] 19/14
mitigation [2] 20/23 21/17
modified [2] 9/20 9/23
month [6] 10/5 25/20 26/5 26/7 29/11
29/20
months [6] 10/2 10/7 20/11 27/3 27/15
28/1
more [3] 12/20 21/19 24/4
morphine [1] 25/19
mother [1] 16/24
motion [3] 2/5 10/16 22/18
motion. [1] 14/19
motion. Of [1] 14/19
moved [2] 6/16 17/17
MR [6] 1/14 1/17 2/3 2/7 2/8 2/13
Mr. [28] 3/9 3/10 3/11 3/13 3/23 6/12
11/4 11/11 11/15 11/21 12/12 12/23
13/5 13/18 14/21 17/6 17/10 17/19 18/2
18/10 18/16 18/16 19/11 19/15 21/15 29/24
Mr. Green [7] 3/11 3/23 13/5 14/21 17/6
30/14 31/1
Mr. Green's [1] 3/10
Mr. Nimerfroh [16] 3/13 6/12 11/11
11/15 11/21 12/12 12/23 17/10 17/19
18/2 18/10 18/16 19/11 19/15 21/15
29/24
Mr. Nimerfroh's [1] 13/18
Mr. Smith [3] 3/9 11/4 31/2
MS [3] 1/20 2/11 2/12
Ms. [1] 6/15
Ms. Frye [1] 6/15
much [1] 24/1
my [16] 4/9 4/10 5/25 12/15 12/18 15/18
16/11 16/13 16/18 16/24 17/1 21/22

## M

my... [4], 21/24 21/25 22/1 22/4
myself [1] 10/21

## N

name [4] 3/13 11/5 15/12 16/5
namely [1] 11/16
names [2] 12/14 12/22
narcotic [1] 29/13
nature [1] 23/16
need [1] 24/3
needs [1] 19/24
neglect [1] 19/18
never [1] 17/1
new [1] 25/3
next [2] 7/19 23/10
Nikie [2] 11/17 20/10
NIMERFROH [19] 1/7 3/8 3/13 3/14
 6/12 11/11 11/15 11/21 12/12 12/23
 17/10 17/19 18/2 18/10 18/16 19/11
 19/15 21/15 29/24
Nimerfroh's [1] 13/18
no [18] 1/4 1/18 2/20 5/19 6/21 6/24
 7/19 7/25 8/6 9/17 12/25 13/21 14/10
 15/25 16/21 19/8 21/12 31/15
NORTHERN [3] 1/2 1/15 31/16
not [34]
not -- I [1] 21/25
nothing [1] 22/13
notice [1] 30/5
now [7] 4/20 5/14 6/22 8/3 10/25 13/11
 28/2
number [12] 3/6 4/15 5/1 5/2 5/8 5/15
 7/19 7/25 26/13 27/17 28/5 28/6

## O

objecting [4] 6/6 6/9 6/10 7/16
objection [8] 5/1 5/2 5/20 6/5 7/10 8/24
 9/5 9/16
objections [12] 2/3 4/7 4/9 4/12 4/17
 4/21 4/23 4/25 6/2 6/20 6/22 9/17
obligation [1] 27/21
obligations [1] 30/9
obviously [2] 17/20 18/6
occasions [1] 26/13
occupation [1] 11/7
occurred [5] 26/18 26/19 26/20 26/21
 26/22
OCTOBER [2] 1/6 3/2
of -- just [1] 16/14
off [2] 12/14 21/4
offense [13] 9/15 10/1 10/4 18/18 20/17
 22/21 24/24 25/7 25/10 25/13 25/25
 26/2 26/17
offenses [3] 26/3 26/15 26/16
offer [3] 6/20 10/20 12/1
office [2] 1/18 17/17
officer [11] 6/9 7/3 7/6 7/11 9/10 9/12
 19/11 28/25 29/5 29/7 29/13
officer -- and [1] 9/10
officer's [2] 4/9 8/25
Official [1] 31/16
Oh [1] 7/23
Okay [46]
old [3] 16/20 21/10 21/22
once [2] 28/8 30/11
one [10] 4/22 7/19 8/7 12/22 17/11
 17/15 18/11 25/14 26/8 29/3
ones [4] 4/14 5/14 8/7 24/14
only [2] 8/7 20/11
opinion [1] 16/14
opportunities [1] 16/15
opportunity [1] 19/23
order [1] 4/10
ordering [3] 27/24 28/7 28/15 29/21
organizer [3] 5/19 7/18 9/6
organizer/leader [1] 9/6
original [1] 4/21
other [9] 4/5 6/14 6/14 13/23 18/11
 21/11 27/13 28/5 29/17
others [2] 11/14 14/15
our [1] 16/18
out [8] 10/13 18/7 20/9 20/16 22/13
 24/4 24/20 25/6
outlines [1] 30/9
over [4] 7/9 12/5 22/13 27/8
overrule [3] 7/10 8/24 9/15

## P

page [3] 2/2 5/17 9/3
pages [1] 2/25
paragraph [9] 6/5 6/6 7/17 25/25 26/1
 26/18 26/19 26/20 26/21
paragraphs [1] 26/23
parallel [2] 25/13 26/8
Pardon [1] 30/17
parole [13] 24/18 24/19 24/23 24/25
 25/4 25/5 25/11 25/12 25/12 25/23
 25/23 27/17
paroled [1] 24/23
part [4] 6/2 7/16 8/20 9/3
participate [2] 29/6 29/12
Pass [1] 14/7
passing [1] 24/22
pauperis [1] 30/3
pay [2] 27/22 29/21
payable [3] 10/10 27/22 29/22
Penitentiary [2] 19/21 19/22
people [4] 5/12 6/14 17/20 18/3
people have [1] 5/12
percent [1] 12/17
perhaps [1] 24/4
period [1] 20/14
periodic [1] 29/4
person [2] 21/1 22/21
persuaded [2] 22/19
phone [1] 15/18
physician [1] 29/9
place [1] 7/2
plea [2] 3/16 3/22
pleaded [3] 25/10 25/19 26/4
please [5] 3/5 11/5 11/13 20/7 22/5
pled [1] 11/18
podium [4] 3/12 15/4 15/8 15/10
police [5] 14/3 14/3 14/5 14/6 20/12
poor [1] 19/15
popped [1] 20/12
possess [2] 3/19 28/23
possession [5] 21/11 25/16 25/18 25/21
 26/9
potential [1] 11/22
premises [2] 7/7 7/8
preponderance [4] 7/14 8/25 9/11 26/16
prescribed [2] 29/9 31/10
presentation [2] 14/22 21/16
Presentence [11] 3/24 4/8 4/18 7/12 9/7
 9/13 9/18 9/19 9/23 26/1 26/24
prior [1] 14/3
prison [6] 13/11 18/1 18/4 20/9 22/6
 22/15
Prisons [1] 27/25
probably [3] 21/10 22/15 27/2
probated [1] 24/15
probation [15] 4/9 6/9 7/2 7/6 7/11 8/25
 9/10 9/12 19/11 19/23 24/16 28/25 29/5
29/7 29/13
problem [1] 21/3
PROCEEDING [1] 2/2
proceedings [3] 1/24 3/1 31/8
produced [1] 1/25
production [1] 19/2
professional [1] 20/5
program [1] 29/2
proper [2] 5/16 7/14
property [1] 26/7
prosecution [3] 11/14 14/15 22/21
protective [1] 18/13
provide [1] 20/18
provided [14] 11/13 11/15 11/21 12/12
 12/23 14/6 14/14 14/16 22/19 22/22
 23/11 23/14 23/25 27/7
PSR [5] 2/3 6/25 18/18 19/14 20/8
purpose [2] 5/3 6/3
pursue [2] 4/12 4/15
put [3] 18/6 18/12 20/21
putting [1] 19/1

## Q

qualifies [1] 27/11
qualify [2] 9/14 30/4
quality [1] 19/13
question [1] 7/7
questions [2] 12/25 13/1
quit [1] 19/11
quite [1] 21/10

## R

raised [1] 19/17
ran [1] 26/7
range [6] 5/12 10/2 10/6 10/7 10/8
 27/15
rate [2] 29/10 29/19
reach [1] 6/10
read [1] 4/4
real [2] 22/10 22/12
really [1] 19/23
reason [1] 7/2
reasons [1] 18/10
receive [2] 3/23 4/2
received [3] 4/25 17/11 23/12
receiving [1] 12/8
recited [2] 7/12 9/13
recites [1] 9/7
recollection [1] 12/15
reconsider [3] 17/21 17/24 20/18
record [2] 3/13 31/7
reduced [2] 27/2 27/12
reduction [2] 27/9 27/10
refer [1] 4/24
reference [3] 3/20 8/19 30/9
referred [1] 8/21
refers [1] 26/23
reflects [1] 20/9
refrain [1] 29/2
refresh [1] 12/18
regardless [1] 17/3
rehabilitation [1] 19/21
related [4] 18/18 19/6 19/7 24/5
relates [1] 13/20
release [7] 10/7 27/20 28/8 28/13 28/16
 28/17 29/4
released [5] 18/16 24/17 25/4 25/11
 25/23
reliability [1] 23/11
relied [1] 6/9
relying [1] 26/24
remanded [1] 30/25
remorseful [1] 17/1

## R

rendered [1] 23/7
renting [1] 6/20
replace [1] 4/21
report [13] 3/24 4/8 4/18 4/18 7/6 7/12
  9/7 9/14 9/18 9/19 9/23 26/1 26/24
reported [1] 1/24
REPORTER [2] 1/20 31/16
Reporter's [2] 2/16 31/5
request [1] 30/7
residence [3] 5/3 6/3 7/2
respect [1] 23/20
response [2] 4/8 4/9
responsibility [3] 16/16 16/17 22/1
result [1] 13/12
resulting [2] 3/21 23/19
return [1] 30/13
returned [1] 25/2
review [1] 30/11
revoked [5] 24/16 24/19 25/5 25/13
  25/24
Riggs [2] 2/11 15/13
right [8] 11/19 11/24 12/13 20/9 21/15
  29/24 30/3 30/5
rights [1] 30/9
riled [1] 17/20
rise [2] 3/3 31/3
risk [3] 23/18 23/22 23/23
RMR [3] 1/20 31/6 31/15
Road [1] 1/18
robbing [1] 21/2
role [1] 9/15
room [3] 1/21 6/13 31/19
rooms [1] 6/14
round [1] 11/16
Ruling [1] 2/9
run [2] 27/16 28/3
running [1] 25/13

## S

SAENZ [4] 1/20 31/6 31/14 31/15
SAFP [1] 19/22
said [2] 8/11 19/4
sake [1] 23/15
same [2] 7/2 18/10
satisfied [3] 8/15 30/12 30/20
satisfied there's [1] 8/15
say [5] 8/10 13/6 13/18 15/12 22/7
saying [1] 6/15
Schwab [2] 2/12 16/6
sealed [3] 2/21 12/2 12/9
seated [3] 3/5 10/25 14/11
seclusion [1] 20/21
second [2] 24/9 24/11
Section [2] 22/18 27/5
security [5] 11/8 13/23 13/25 14/4 17/18
see [4] 5/23 6/2 10/15 16/22
seen [1] 4/8
selling [2] 6/13 6/14
send [1] 19/24
sentence [36]
sentencing [10] 1/10 2/10 3/6 3/21
  10/10 14/20 21/19 27/3 27/4 29/23
September [2] 4/18 4/25
September 29 [2] 4/18 4/25
series [1] 24/5
serious [3] 20/21 26/2 26/2
serve [3] 28/1 28/7 28/15
served [2] 24/20 25/6
services [4] 29/7 29/8 29/10 29/19
set [2] 9/19 28/18
setting [1] 19/3

shall [9] 28/21 28/23 28/24 29/2 29/3
  29/6 29/12 29/15 29/17
SHAWN [3] 1/14 17/11 17/14
she's [3] 15/8 17/23 30/18
she's [2] 17/2 17/23
Sheriff [1] 17/17
sheriff's [1] 20/20
short [1] 20/7
should [5] 21/18 23/4 27/4 27/8 27/9
show [5] 8/3 16/19 19/2 22/5 22/8
shown [1] 12/6
shows [1] 19/14
Shulty [1] 18/8
sic [1] 18/9
sick [1] 16/24
sign [2] 30/13 30/23
signed [2] 31/4 31/12
significance [1] 23/5
simply [1] 6/10
since [1] 21/22
sir [10] 4/13 11/12 11/20 11/25 12/15
  13/8 13/10 13/17 14/12 15/25
sister [3] 16/18 17/22 19/16
slackers [1] 18/21
sleep [1] 21/2
SMITH [5] 1/14 2/7 3/9 11/4 31/2
so [25] 5/12 7/9 8/7 9/11 9/12 9/15 10/6
  10/25 12/18 14/18 17/21 17/24 18/5
  19/7 20/6 20/17 21/5 21/24 22/23 23/8
  23/22 23/25 27/24 28/15 30/10
sober [2] 20/15
sold [2] 21/12 22/1
some [10] 4/7 4/13 13/16 14/24 17/20
  19/14 23/22 23/23 25/10 26/22
somebody [4] 15/3 15/7 18/6 18/15
somebody's [1] 19/1
someday [2] 16/21 16/22
someday -- I'm [1] 16/21
someone [1] 16/2
something [1] 21/2
sorry [5] 5/25 7/25 13/13 22/3 28/12
Soule [1] 20/12
speak [1] 15/3
special [4] 10/9 11/8 27/22 29/21
specifically [1] 30/7
spring [1] 16/21
stand [2] 15/5 15/9
standard [1] 28/18
start [2] 28/8 28/16
started [2] 19/12 19/19
starts [1] 24/8
state [4] 3/13 11/5 19/21 28/21
statement [8] 10/14 14/21 15/8 15/17
  16/3 16/10 17/7 21/16
statement -- let's [1] 10/14
Statements [1] 2/10
STATES [7] 1/1 1/4 1/11 1/14 3/7 22/4
  27/5 30/1 31/11
statutory [1] 10/6
Stay [1] 15/11
stayed [2] 20/15
stenography [1] 1/24
Stevie [1] 20/12
still [2] 4/12 5/5
stop [1] 18/13
storing [2] 5/3 6/4
straight [2] 20/16 21/6
Street [3] 1/15 1/21 31/19
strife [1] 19/17
stuck [2] 6/1 15/22
stuff [1] 21/3
subject [2] 21/17 21/19
subjects [1] 23/14

submit [1] 29/3
substance [8] 3/19 25/17 25/19 26/10
  26/25
substances [1] 26/25
substantial [8] 11/14 13/19 14/14 14/16
  17/24 20/18 22/17 22/19
successfully [1] 29/8
suffered [1] 23/18
sufficient [1] 8/16
Suite [1] 1/15
supervised [6] 10/7 27/20 28/8 28/13
  28/15 28/17
supplanted [1] 4/23
supplemented [2] 9/20 9/24
support [7] 6/20 8/16 17/2 21/25 22/1
  24/13 27/2
supported [1] 7/12
sure [4] 8/2 10/25 12/21 30/11
sworn [2] 10/24 11/2

## T

take [10] 14/19 17/18 20/4 21/5 21/18
  22/1 23/8 24/3 27/6 27/12
takes [1] 9/3
taking [1] 23/6
talked [1] 23/17
talking [2] 5/24 8/20
targets [2] 11/22 12/12
Tarrant [2] 27/18 28/4
tattoo [1] 19/10
TDC [1] 18/4
teenager [2] 19/19 19/20
Telephone [4] 1/16 1/19 1/22 31/20
tell [9] 4/14 4/24 11/13 17/10 18/2 18/10
  19/24 24/13 26/14
tentative [1] 4/10
term [7] 24/25 27/19 28/1 28/2 28/7
  28/12 28/15
terminology [1] 8/22
terrible [1] 22/14
test [2] 19/8 29/3
testified [1] 11/2
testifying [1] 18/14
testimony [3] 2/6 22/23 23/11
testing [2] 29/14 29/16
tests [1] 29/5
TEXAS [16] 1/2 1/5 1/15 1/16 1/19 1/21
  13/6 15/15 16/8 18/16 19/22 27/18 28/4
  31/15 31/16 31/20
than [3] 13/23 18/17 24/4
Thank [7] 4/16 13/3 14/24 16/1 17/5
  17/9 21/14
that [192]
that -- and [1] 24/2
that's [15] 6/4 8/8 9/5 9/11 12/19 13/6
  15/22 18/12 19/23 20/15 20/21 26/24
  27/17 27/22 29/22
the -- actually [1] 4/1
the -- one [1] 12/22
the -- so [1] 14/18
the -- with [1] 23/20
theft [1] 26/6
their [4] 13/11 13/13 13/14 13/16
their -- I'm [1] 13/13
them [7] 4/2 4/5 4/13 7/9 15/22 20/17
  22/5
then [20] 4/5 4/24 5/24 6/16 9/3 24/15
  24/17 24/19 24/19 24/22 24/22 24/24
  24/25 25/1 25/4 25/9 25/23 25/24 26/4
  26/9
there [18] 4/1 4/7 6/16 9/17 12/20 12/23
  15/11 15/22 16/2 18/5 18/21 20/10
  20/16 21/9 23/23 24/13 26/14 27/19

# T

there's [6]  7/6 8/15 15/20 21/12 22/14 23/25
thereafter [1]  29/5
these [4]  4/23 17/22 18/10 26/2
they [16]  4/10 6/17 7/8 8/20 8/23 15/23 17/17 17/18 17/20 18/16 18/11 18/14 18/21 19/2 19/7 22/12
things [2]  20/15 21/17
think [8]  7/5 7/6 7/11 8/19 8/24 14/16 18/14 21/17
thinking [1]  12/20
thinks [1]  20/20
third [1]  24/10
this [27]  3/7 6/17 6/17 8/20 10/17 10/24 13/14 13/16 14/23 16/24 16/24 16/25 17/8 17/14 17/15 18/17 19/7 20/8 20/14 20/17 21/20 22/14 22/13 23/22 24/4 24/8 27/3 31/12
those [23]  4/5 4/9 4/12 7/7 8/16 11/18 11/23 12/11 12/14 12/21 13/20 20/12 22/6 23/5 23/14 26/12 26/15 26/23 27/12 29/8 29/10 29/19 31/10
though [4]  20/6 22/22 23/14 27/11
thought [2]  7/24 19/4
threat [2]  15/20 17/11
threatening [1]  20/20
threats [1]  22/10
Tim [2]  16/11 20/24
time [7]  3/7 10/10 14/23 17/8 20/1 21/20 29/22
timeliness [1]  23/25
timely [2]  3/24 4/2
times [1]  20/6
TIMOTHY [3]  1/7 3/8 3/14
today [2]  3/21 18/13
together [1]  6/1
told [5]  7/23 17/19 18/11 19/11 19/16
too [1]  31/2
total [1]  10/1
towards [2]  14/25 19/15
trafficking [2]  7/8 9/9
transcript [4]  1/10 1/24 31/7 31/9
transportation [1]  19/2
treat [1]  12/9
treatment [6]  19/25 20/1 20/5 29/6 29/13 29/18
tremendously [1]  24/7
trip [1]  19/22
trips [1]  19/21
trouble [2]  6/17 20/6
true [2]  10/3 31/7
truthful [1]  23/15
truthfulness [1]  23/10
try [1]  21/24
trying [1]  6/5
Turner [2]  5/9 5/20
turns [1]  24/4
two [17]  3/17 4/1 7/3 7/13 7/14 9/6 9/14 11/15 11/21 12/11 12/12 12/21 12/22 18/12 18/19 29/4 30/10
two-count [1]  3/17
two-level [5]  7/3 7/13 7/14 9/6 9/14

# U

U.S [2]  10/5 18/4
UAs [1]  19/9
uncertain [1]  12/16
under [3]  7/13 22/24 27/4
understand [2]  30/11 30/12
understands [1]  30/21
unfair [1]  21/10

unfortunate [2]  16/15 16/23
UNITED [9]  1/1 1/4 1/11 1/14 3/7 22/4 27/5 30/1 31/11
unlawful [2]  25/2 25/2
until [2]  21/9 29/7
up [9]  8/18 10/25 12/14 15/2 15/10 16/1 16/12 19/3 21/22
upset [1]  22/12
Upstage [1]  18/24
urging [5]  5/5 5/14 5/16 5/21 6/23
us [1]  9/3
USA [1]  18/24
use [4]  29/2 29/15 29/16 29/17
used [3]  8/22 19/13 21/13
usefulness [1]  23/6
uses [1]  7/1
using [3]  7/7 8/23 19/12

# V

versus [2]  1/6 3/7
very [8]  16/12 16/15 16/23 17/1 19/16 21/3 21/8 27/14
VI [1]  10/12
violated [5]  24/16 24/19 25/5 25/12 25/23
violation [1]  27/17
violent [3]  13/9 18/1 21/13
VOLUME [1]  1/10

# W

waive [1]  5/8
waived [8]  7/24 7/25 8/3 8/3 8/5 8/7 8/8 8/11
waived -- only [1]  8/7
waiving [1]  5/19
want [13]  4/12 4/14 6/19 10/19 13/2 14/8 15/3 15/21 16/20 16/25 22/6 30/10 30/12
wanted [1]  16/2
wanting [1]  5/13
wants [1]  20/1
was [53]
wasn't [2]  16/14 26/14
we [7]  3/25 4/19 5/16 17/21 20/7 20/17 30/24
we'll [1]  4/24
we're [6]  3/20 4/17 5/19 5/23 17/2 17/3
we've [2]  23/17 24/5
well [11]  7/1 7/23 8/2 8/15 9/7 15/7 23/7 23/12 23/17 23/20 27/13
went [1]  12/14
were [15]  4/1 4/7 6/14 6/17 7/8 8/7 8/17 8/17 9/2 9/8 18/11 27/1 27/9 30/4 30/7
what [15]  5/23 7/7 8/2 8/13 14/20 15/12 15/14 16/5 16/17 18/23 21/18 22/2 22/7 26/24 27/9
whatever [6]  10/14 14/21 15/16 16/9 17/7 17/19
when [8]  3/16 6/16 8/19 18/5 19/12 21/24 24/8 28/16
where [5]  12/3 16/7 23/4 23/4 26/13
whether [1]  24/13
which [5]  4/14 5/13 16/13 16/15 18/20
whichever [1]  15/5
while [1]  28/17
who [6]  16/2 17/11 17/13 17/15 22/21 23/21
whoever [1]  18/5
whom [1]  17/1
why [4]  3/11 15/12 17/6 18/12
wife [2]  6/16 20/16
will [10]  11/5 11/13 12/9 18/10 20/1 23/14 28/17 28/18 29/14 29/16

withdrew [1]  4/22
within [2]  23/4 29/3
without [3]  4/10 21/4 30/4
witness [5]  12/4 14/7 14/25 15/5 15/9
Word [1]  2/17
work [5]  18/20 18/21 18/23 19/7 19/13
worked [3]  18/19 18/19 19/5
working [1]  20/14
world [1]  8/20
worried [1]  15/19
worry [1]  21/1
WORTH [8]  1/3 1/5 1/16 1/21 6/18 18/9 31/17 31/20
would [34]
writing [1]  18/3
written [1]  11/23

# Y

yahoo.com [2]  1/22 31/21
year [7]  18/17 24/18 24/18 24/22 25/10 25/17 25/22
year-and-a-half [1]  24/18
years [12]  10/8 16/20 16/23 20/11 21/22 24/17 25/11 27/20 28/8 28/13 28/13 28/16
yes [28]  4/3 4/6 4/13 4/22 5/6 6/12 7/22 8/4 8/9 8/12 8/14 9/4 10/18 10/21 11/12 11/20 11/25 12/7 12/15 13/8 13/10 13/17 14/12 15/1 16/4 19/6 30/22 30/24
you [104]
you're [13]  5/5 5/14 5/21 6/6 6/8 6/10 6/22 7/16 8/13 12/16 29/25 31/1 31/2
you've [2]  4/8 11/23
young [1]  19/20
your [61]